# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| ALBERTO FELIX CANO, SALOMON CATALAN, GERMAN GALVEZ, VICTORIA FELIX, ANGELINA GALVEZ, MODESTO VENTURA, MARCELINO RODRIGUEZ, SERGIO ESTRADA, GUADALUPE GALVEZ, AND FIDEL VENTURA, | CASE NO. 1:06-CV-0621 |
| PLAINTIFFS, | HON. WENDELL A. MILES<br>Senior U.S. District Judge |
| v. | |
| GEORGE S. HORKEY, JR., an individual and d/b/a HORKEY BROTHERS FARMS, and CARL M. HORKEY, an individual and d/b/a HORKEY BROTHERS FARMS, | **JOINT STIPULATION AND<br>ORDER TO CHANGE VENUE** |
| DEFENDANTS. | |

_____

| | |
|---|---|
| MICHIGAN MIGRANT LEGAL ASSISTANCE PROJECT, INC.<br>BY: Teresa M. Hendricks (P46500)<br>Attorney for the Plaintiffs<br>648 Monroe Avenue, N.W., Suite 318<br>Grand Rapids, MI 49503<br>(616) 454-5055 | CZERYBA AND GODFREY, P.C.<br>BY: Christian J. Horkey (P60139)<br>Attorney for the Defendants<br>19 E. Front Street<br>Monroe, MI 48161<br>(734) 242-3434 |

## JOINT STIPULATION AND
## ORDER TO CHANGE VENUE

**NOW COME** the Plaintiffs Alberto Felix Cano, Salomon Catalan, German Galvez, Victoria Felix, Angelina Galvez, Modesto Ventura, Marcelino Rodriguez, Sergio Estrada, Gaudalupe Galvez and Fidel Ventura by and through their attorneys Michigan Migrant Legal Assistance Project, Inc. and Teresa M. Hendricks and Defendants George S. Horkey, Jr., and Carl M. Horkey and Horkey Brothers, by and through their attorneys Cyzeryba and Godfrey, P.C. and Christian J. Horkey and stipulate to the following:

1. Plaintiffs resided in Petersburg, MI in Monroe County during all relevant times.

2. Defendants reside in Dundee, MI in Monroe County.

3. Plaintiffs were employed by the Defendants in Monroe County.

4. Plaintiffs' employment is the basis from which their claims arise.

5. Jurisdiction is proper in the United States District Court, Eastern District of Michigan.

6. The above captioned case will be transferred to the United States District Court, Eastern District of Michigan.

7. The default against the Defendants is hereby set aside and Defendant's Answer shall be filed within two weeks of entry of this Order.

Dated: *3/13/07*                                  /s/ *Teresa M. Hendricks*
                                                  Migrant Legal Assistance Project, Inc.
                                                  By:    Teresa M. Hendricks (P46500)
                                                  Attorneys for the Plaintiffs
                                                  648 Monroe Avenue, N.W., Suite 318
                                                  Grand Rapids, MI 49503
                                                  (616) 454-5055

Dated:  3/29/07                                   /s/ _____
                                                  Cyzeryba and Godfrey, P.C.
                                                  By:    Christian J. Horkey
                                                  Attorney for the Defendants
                                                  19 E. Front Street
                                                  Monroe, MI 48161
                                                  (734) 242-3434

Defendants/Third-Party Plaintiffs shall serve a copy of this Stipulation and Order with the Third-Party Complaint.

**IT IS SO ORDERED.**

**Dated:** April 5, **2007**

 /s/ Wendell A. Miles
_____
HONORABLE WENDALL A. MILES
Senior U.S. District Judge